

# IN THE
# TENTH COURT OF APPEALS

No. 10-18-00021-CR

MAIANNA HOLLAND,

                                                    Appellant

 v.

THE STATE OF TEXAS,

                                                    Appellee

From the 19th District Court
McLennan County, Texas
Trial Court No. 2017-2124-C1

## MEMORANDUM  OPINION

Maianna Holland appeals from the judgment of conviction and sentence rendered against her on or about January 16, 2018.  Because the trial court's certification of her right of appeal, which Holland and her counsel signed, indicates that the underlying case was a plea-bargain case and that Holland has no right of appeal, this appeal must be dismissed.  *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Notwithstanding that we are dismissing this appeal, Holland may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if she believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Holland desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

For the reasons stated, this appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 24, 2018
Do not publish
[CR25]

